# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KEITH RUSSELL JUDD,
REG. #11593-051                                                                              PLAINTIFF

V.                                         4:11CV00447-BRW

ARKANSAS SECRETARY OF STATE;
and the STATE OF ARKANSAS                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 9th day of June, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE