**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KEITH RUSSELL JUDD,
REG. #11593-051**                                                        **PLAINTIFF**

**V.**                       **4:11CV00447-BRW**

**ARKANSAS SECRETARY OF STATE;
and the STATE OF ARKANSAS**                           **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff's Motion to Reopen and Stay Proceedings Pending Decision by Judicial Panel on Multidistrict Litigation No. 2276 (Doc. No. 7) is DENIED.

IT IS SO ORDERED this 13th day of July, 2011.

                                                                /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE